IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TOMMI R. BATLEY,** | ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION 19-1043-CG-MU ) |
| **BISHOP STATE COMMUNITY COLLEGE, et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' Partial Motions to Dismiss (Docs. 10 and 22) be **GRANTED** as set forth in the Magistrate Judge's Report and Recommendation.

**DONE and ORDERED** this 10th day of July, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE